COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS



| | § | |
|---|---|---|
| IN THE INTEREST OF: | § | No. 08-25-00173-CV |
| J.V.G. and O.I.G., | § | AN ORIGINAL PROCEEDING |
| Children. | § | IN MANDAMUS |
| | § | |

## J U D G M E N T

The Court has considered this cause on Relator's petition for writ of mandamus against the Honorable Guadalupe Rivera of the 383rd District Court of El Paso County, Texas and concludes that petition for writ of mandamus should be denied. We therefore deny Relator's petition for writ of mandamus.

MARIA SALAS MENDOZA, Chief Justice

July 3, 2025

Before Salas Mendoza, C.J., Palafox and Soto, JJ.